# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>E-World Recyclers, LLC(3),<br><br>         Defendant. | Case No. 14cr3660-AJB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:371; 18:2323(b) - Conspiracy; Forfeiture(1); 18:2320(a); 28:2323(b) - Trafficking in Counterfeit Goods; Forfeiture(2-9)

Dated: 2/23/2017

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge